Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DENA R. DORSEY,**

           Plaintiff,

vs.

Commissioner of Social Security
Administration,

           Defendant.

Civil No. 06:12-cv-00530-HZ

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order hereby grants that Commissioner shall pay the sum of $4935.12 and expenses of $19.80 (Service costs), for a total of $4954.92, upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff*, ___ U.S. ___, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal debts") for full settlement of all claims for fees

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

under EAJA. Costs for court filing-fees shall be awarded to Plaintiff attorney in the sum of $350.00 pursuant to 28 U.S.C. §1920.

If Plaintiff has no outstanding federal debt, payment of $4954.92 plus $350.00 reimbursement of Court filing-fees shall be made to Plaintiff's attorney and mailed to his office at 1700 Valley River Drive, Eugene, OR 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED this ___6___ day of June, 2013

                                                      /s/ Marco Hernandez
                                                      MARCO A. HERNANDEZ
PRESENTED BY:                            U.S. District Judge

By:    /s/ DREW L. JOHNSON
        Drew L. Johnson, OSB #75200
        Of Attorneys for Plaintiff